IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER LONG,      : | |
|     Plaintiff      : | |
|                   : | No. 1:22-cv-1346 |
| v.      : | |
|                   : | (Judge Rambo) |
| CO CARA and CO CHARTERS,      : | |
|     Defendants      : | |

## ORDER

**AND NOW**, on this 24th day of July 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion (Doc. No. 28) for partial dismissal is **GRANTED** as more specifically set forth in the accompanying Memorandum;

2. Plaintiff's Eighth Amendment claim of deliberate indifference to serious medical needs is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted;

3. Plaintiff's Fourteenth Amendment procedural due process claim (or First Amendment Petition Clause claim) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted;

4. Plaintiff, if desired, may file an amended complaint within <u>21 days</u> of the date of this Order; and

5. If no amended complaint is timely filed, this case will proceed only as to Plaintiff's Eighth Amendment excessive force claim against Defendants.

                                                    s/ Sylvia H. Rambo
                                                    United States District Judge