IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER LONG,<br>        Plaintiff | No. 1:22-CV-1346 |
| v. | (Judge Munley) |
| CO CARA, et al.,<br>        Defendants | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 46) pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

    a. Defendants' motion is **GRANTED** as to Plaintiff's Section 1983 Eighth Amendment excessive force claim against defendant CO Cara.

    b. Defendants' motion is **DENIED** in all other respects.

2. Entry of judgment in accordance with paragraph 1 above shall be deferred pending resolution of Plaintiff's remaining Section 1983 Eighth Amendment excessive force claim against defendant CO Charters.

Date: 7/15/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court